**Order entered December 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00594-CR

**JOSE ANGEL JASSO JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-72432-P**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 5, a DVD.

The record before the Court does not contain the trial court's certification of appellant's right to appeal, which is required in every criminal case in which a defendant appeals.    *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).    Accordingly, we **ORDER** the trial court to file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Debi Harris,

Auxiliary Court Reporter; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE